IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **BRADLEY JAMISON HALLMAN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv1129-MHT |
| | ) | (WO) |
| **BIBB COUNTY CORRECTIONAL FACILITY, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After an independent and de novo review of the record, it is ORDERED as follows:

(1) The magistrate judge's recommendation (doc. no. 2), to which no objection has been filed, is adopted.

(2) This case is transferred to the United States District Court for the Northern District of Alabama.

The clerk of the court is to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE, this the 26th day of November, 2014.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**